UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:20-CR-35-BO

UNITED STATES OF AMERICA

v.

**ORDER**

CRYSTAL ANN LYNCH

UPON THE DEFENDANT'S MOTION TO SEAL, this Court now ORDERS the Defendant's Motion to Continue Sentencing at DE #44 SEALED.

This the 27 day of January 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE