UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:20-CR-35-BO

UNITED STATES OF AMERICA

v.

CRYSTAL ANN LYNCH

ORDER

This matter having come before the Court on a motion by Counsel for the Defendant to continue the sentencing, and for good cause shown, it is hereby ORDERED that the sentencing in this matter shall be continued until the _April 2021_ Term of Court.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED. This the _27_ day of January, 2021.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE